778 S.E.2d 112

Israel WILDS, Respondent,

v.

STATE of South Carolina, Petitioner.

Appellate Case No. 2014–001191.
No. 27581.

Supreme Court of South Carolina.

Heard Oct. 7, 2015.
Decided Oct. 14, 2015.

Attorney General, Alan Wilson and Senior Assistant Attorney General, David Spencer, both of Columbia, for petitioner.

Tara Dawn Shurling, of Columbia, for respondent.

PER CURIAM.

We granted a writ of certiorari to review the court of appeals' decision in *Wilds v. State*, 407 S.C. 432, 756 S.E.2d 387 (Ct.App.2014). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**